# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 11-12716-DD *consolidated with* Case No. 11-12802-DD

UNITED STATES OF AMERICA,

                 Plaintiff-Appellee,

*versus*

ALCATEL-LUCENT, S.A., etc., *et al.*,

                 Defendants-Appellees.

INSTITUTO COSTARRICENSE DE ELECTRICIDAD,

                 Interested Party-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

## INTERESTED PARTY-APPELLANT'S OPPOSITION TO ALCATEL-LUCENT DEFENDANTS' MOTION TO STRIKE REPLY BRIEF INSOFAR AS IT RAISES NEW ARGUMENT

Burton W. Wiand, FBN 407690
George L. Guerra, FBN 0005762
Gianluca Morello, FBN 034997
Dominique E. Heller, FBN 0044135
Jordan D. Maglich, FBN 0086106
WIAND GUERRA KING P.L.
3000 Bayport Drive, Suite 600
Tampa, FL 33607
Telephone: (813) 347-5100

*Attorneys for Appellant Instituto Costarricense de Electricidad*

Randolph Brombacher, FBN 069876
SAAVEDRA, PELOSI, GOODWIN
 & HERMANN, A.P.A.
312 Southeast 17th Street, Second Floor
Fort Lauderdale, FL 33316
Telephone: (954) 767-6333

Paul G. Cassell
S.J. Quinney College of Law at the University of Utah
332 South 1400 East, Room 101
Salt Lake City, UT 84112-0730
Telephone: (801) 585-5202

Case No. 11-12716-GG *consolidated with* Case No. 11-12802-GG
United States of America vs. Alcatel-Lucent, S.A., etc., *et al.*

# CERTIFICATE OF INTERESTED PERSONS

Interested Party-Appellant by and through undersigned counsel and pursuant to Fed. R. App. P. 26.1, submits this Certificate of Interested Persons and Corporate Disclosure Statement. Interested Party-Appellant is a party in interest in the proceedings below and there is no parent corporation or publicly held corporation that owns 10% or more of its stock. The following persons and entities are disclosed pursuant to 11th Cir. R. 26.1-1.

1. Alcatel Centroamerica, S.A.
2. Alcatel-Lucent, S.A.
3. Alcatel-Lucent France, S.A.
4. Alcatel-Lucent Trade International, A.G.
5. Brombacher, Randolph
6. Cassell, Paul G.
7. Honorable Cooke, Marcia G.
8. Duross, Charles E.
9. Gaboury, Mario T.
10. Gentin, Andrew
11. Govin, James
12. Guerra, George L.

Case No. 11-12716-GG *consolidated with* Case No. 11-12802-GG
United States of America vs. Alcatel-Lucent, S.A., etc., *et al.*

13. Heller, Dominique E.

14. Instituto Costarricense de Electricidad (the victim)

15. Maglich, Jordan D.

16. Meyer, Robert

17. Morello, Gianluca

18. Rotker, Michael A.

19. Saavedra, Damaso

20. Saavedra, Pelosi, Goodwin & Hermann, A.P.A.

21. Sale, Jon

22. Sale & Weintraub, P.A.

23. Weinstein, Martin

24. Wiand, Burton W.

25. Wiand Guerra King P.L.

26. Willkie Farr & Gallagher LLP

## INTERESTED PARTY-APPELLANT'S OPPOSITION TO ALCATEL-LUCENT DEFENDANTS' MOTION TO STRIKE REPLY BRIEF INSOFAR AS IT RAISES NEW ARGUMENT

Interested Party-Appellant Instituto Costarricense de Electricidad ("ICE"), by and through the undersigned counsel and pursuant to Fed. R. App. P. 27(a)(3) and 11th Cir. R. 27-1, submits this Opposition to the Motion to Strike ICE's Reply Brief Insofar as it Raises New Argument (the "Motion to Strike") filed by Defendant-Appellees Alcatel-Lucent, S.A., Alcatel-Lucent France, S.A., Alcatel-Lucent Trade International, A.G., and Alcatel Centroamerica, S.A. ("Appellees"). The Motion to Strike targets argument relating to the applicable standard of review and it should be denied because: (1) ICE did not raise new argument in its Reply Brief; and (2) in any event, this Court is bound to apply the correct standard of review, regardless of the position taken by the parties, and when the question presented involves a legal interpretation, the correct standard of review is *de novo*.

First, ICE included a standard of review section in its Initial Brief which, aside from referencing the plain error standard, also referenced with supporting citation that this Court conducts a *de novo* review of matters involving legal interpretation. (ICE's Initial Br. p. 9). ICE also explained in its Reply Brief that because this Court is adjudicating questions of law necessarily raised for the first time on appeal, the proper standard of review is *de novo*. (Reply Br. pp. 14-16). As such, the Motion to Strike has no merit and should be denied.

Second, even assuming *arguendo* Appellees are correct – which they are not – this Court "must apply the correct standard of review regardless of the parties' arguments." *Childers v. Floyd*, 642 F.3d 953, 991 (11th Cir. 2011)("[A] court must apply the correct standard of review regardless of the parties' arguments. The state court was fully aware that the proper standard for reviewing Confrontation Clause claims is *de novo*."); *see also, Moon v. Am. Home Assur. Co.*, 888 F.2d 86, 88 (11th Cir. 1989)("At the time this case was heard, the parties…were under the impression that ERISA would require a court to review the denial of benefits under the arbitrary and capricious standard of review…however…a de novo standard of review must be applied in a case like this."); *Sierra Club v. Van Antwerp*, 526 F.3d 1353, 1363-64 (11th Cir. 2008)(vacating order and remanding because District Court applied the incorrect standard of review); *Kamen v. Kemper Financial Services, Inc.*, 500 U.S. 90, 99 (1991)("[W]hen an issue or claim is properly before the court, the court is not limited to the particular legal theories advanced by the parties, but rather retains the independent power to identify and apply the proper construction of governing law…."). As noted in ICE's Initial Brief and again in its Reply Brief, the *de novo* standard governs review of questions of law adjudicated by this Court for the first time on appeal.

For these reasons, the Motion to Strike should be denied.

2

Respectfully submitted, this 21st day of May, 2012.

*/s/ Dominique E. Heller*
Burton W. Wiand, FBN 407690
George L. Guerra, FBN 0005762
Gianluca Morello, FBN 034997
Dominique E. Heller, FBN 0044135
Jordan D. Maglich, FBN 0086106
WIAND GUERRA KING P.L.
3000 Bayport Drive, Suite 600
Tampa, FL 33607
Telephone: (813) 347-5100

Randolph Brombacher, FBN 069876
SAAVEDRA, PELOSI, GOODWIN &
    HERMANN, A.P.A.
312 Southeast 17th Street
Second Floor
Fort Lauderdale, FL 33316
Telephone: (954) 767-6333

Paul G. Cassell
S.J. Quinney College of Law at the
University of Utah
332 South 1400 East, Room 101
Salt Lake City, UT 84112-0730
Telephone: (801) 585-5202

*Attorneys for Appellant Instituto*
*Costarricense de Electricidad*

## CERTIFICATE OF SERVICE

I certify that on May 21, 2012, a true and correct copy of the foregoing was furnished to the following via E-mail and United States mail:

3

Michael A. Rotker
Attorney, Appellate Section
U.S. Department of Justice
Criminal Division
950 Pennsylvania Avenue, NW
Suite 1264
Washington, D.C. 20530
Michael.rotker@usdoj.gov

Charles E. Duross, Deputy Chief
Andrew Gentin, Trial Attorney
Fraud Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20005
charles.duross@usdoj.gov
andrew.gentin@usdoj.gov

Wilfredo A. Ferrer
Anne R. Schultz
U.S. Attorney's Office
99 Northeast 4th Street
Miami, FL 33132
(U.S. Mail only)

Robert J. Meyer
Martin J. Weinstein
Wilkie Farr & Gallagher LLP
1875 K Street NW
Washington, D.C. 20006
rmeyer@willkie.com
mweinstein@willkie.com

Jon A. Sale
Sale & Weintraub, P.A.
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4300
Miami, FL 33131
jsale@saleweintraub.com

_____
Attorney

4